IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CAROLINA COUPON CLEARING, INC., d/b/a CAROLINA SERVICES COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:16CV412 |
| CARDINAL HEALTH MANAGED CARE SERVICES, LLC, LEADER DRUG STORES, INC., MEDICINE SHOPPE INTERNET, INC., and CARDINAL HEALTH, INC., | ) ) ) ) ) ) ) | **REDACTED** |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

**OSTEEN, JR., District Judge**

For the reasons set forth herein,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 275), is **GRANTED IN PART AND DENIED IN PART** as to Plaintiff's UDTPA claim (first cause of action).

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 275), is **DENIED** as to Plaintiff's TSPA claim

(second cause of action), DTSA claim (third cause of action), fraudulent inducement claim (fourth cause of action), negligent misrepresentation claim (fifth cause of action), fraud claim (sixth cause of action), computer trespass claim (seventh cause of action), breach of contract claims (ninth and tenth causes of action), and declaratory judgment claim (thirteenth cause of action).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, (Doc. 278), is **GRANTED** as to Defendants' UDTPA counterclaim (first cause of action), TSPA counterclaim (second cause of action), DTSA counterclaim (third cause of action), breach of contract counterclaim (fourth cause of action), tortious interference with prospective economic advantage counterclaim (seventh cause of action), fraud counterclaim (eighth cause of action), and fraudulent inducement counterclaim (ninth cause of action).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, (Doc. 278), is **DENIED** as to Defendants' breach of contract claim (fifth cause of action).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, (Doc. 278), is **GRANTED IN PART AND DENIED IN PART** as to Defendants' good faith and fair dealing counterclaim (sixth cause of action).

**IT IS FURTHER ORDERED** that Plaintiff's affirmative Motion for Summary Judgment, (Doc. 278), as to one element of its fraudulent inducement claim (fourth cause of action) is **DENIED**.

This the 6th day of August, 2018.

_____
United States District Judge